# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MARTIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 1:23-cv-00583-ADA-SAB <br><br> ORDER VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS <br><br> (ECF No. 11) <br><br> **DEADLINE: JULY 17, 2023** |

On June 26, 2023, the parties filed a notice of settlement of this action. (ECF No. 11.) "Upon such notification of . . . resolution of an action . . . the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause." L.R. 160(b). Pursuant to the notice of settlement, the Court shall vacate all pending dates and matters, including the scheduling conference set for June 27, 2023, at 11:30 a.m., in Courtroom 9.

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED, including the June 27, 2023 scheduling conference; and
2. The parties shall file dispositional documents **on or before July 17, 2023**.

IT IS SO ORDERED.

Dated:   **June 27, 2023**

UNITED STATES MAGISTRATE JUDGE