UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MARTIN, et al., | 1:23-cv-00583-ADA-SAB |
| Plaintiffs, | ORDER GRANTING PARTIES' STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS, AND EXPENSES |
| v. | |
| FORD MOTOR COMPANY, a Delaware Corporation, | (ECF No. 16) |
| Defendant. | |

Plaintiffs Mark Martin and Sylvia Martin and Defendant Ford Motor Company have stipulated to entry of an order by the Court regarding Plaintiffs' attorney's fees, costs, and expenses. (ECF No. 16.) The parties have stipulated to the entry of an order as follows:

1. Defendant shall pay the sum of $5,500.00 in attorney fees, costs, and expenses in a check made payable to the Knight Law Group. Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs, and expenses in connection with this action.

///

///

///

///

///

|     |     |
| --- | --- |
| 1   | 2. Defendant shall pay the sum of $5,500.00 to Plaintiffs within 30 days of August 14, |
| 2   | 2023. |

Accordingly, the Court GRANTS the Parties' Stipulation (ECF No. 16).

IT IS SO ORDERED.

Dated:   August 18, 2023

_____
UNITED STATES DISTRICT JUDGE