# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MARTIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 1:23-cv-00583-ADA-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 20, 21) |

On August 25, 2023, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41.  (ECF No. 20.)  In the stipulation of dismissal, the parties seek to dismiss the action with prejudice, and stipulate that "the Court will retain jurisdiction to enforce the settlement…."  (ECF No. 20 at 2.)  On August 28, 2023, the Court denied the parties' request for the Court to retain jurisdiction without prejudice.  (ECF No. 21.)  The Court ordered the parties to file a renewed stipulated motion for the Court to retain jurisdiction over their agreement no later than September 11, 2023.  (ECF No. 21.)  No renewed motion was filed and the deadline to do so has expired.

Therefore, in light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

///

Accordingly, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **September 12, 2023**

UNITED STATES MAGISTRATE JUDGE